**FILED**
CLERK, U.S. DISTRICT COURT

06/30/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES YOUNG KIM,<br><br>　　　　Defendant. | No. 2:20-cr-00260-PSG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1014: False Statements to a Financial Institution; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1014]

On or about January 23, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES YOUNG KIM knowingly made false statements and reports to TD Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the actions of TD Bank, in connection with an application to obtain a loan from TD Auto Finance, which was a subsidiary of TD Bank.  Specifically, in an application for an automobile loan from TD Auto Finance to pay for a 2016 Cadillac CTS-V sedan, defendant KIM falsely represented that his

name was "E.H.," that his date of birth was XX-XX-1979, and that his social security number was XXX-XX-6221 when, in fact, as defendant KIM then knew, his name was not "E.H.," his date of birth was not XX-XX-1979, and his social security number was not XXX-XX-6221.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

On or about January 23, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES YOUNG KIM knowingly possessed and used, without lawful authority, means of identification that defendant KIM knew belonged to another person, namely, the name and date of birth of E.H., during and in relation to the offense of False Statement to a Financial Institution, a felony violation of Title 18, United States Code, Section 1014, as charged in Count One of this Indictment.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN NELSON
Assistant United States Attorney
Deputy Chief, General Crimes Section

BRITTNEY M. HARRIS
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section